UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
=========================================

GREAT LAKES CHEESE OF NEW YORK, INC.,

        Plaintiff,

-against-

AGRI-MARK, INC.,

        Defendant.
=========================================

AGRI-MARK, INC.,

        Third-Party Plaintiffs,

-against-

BERNARD THOMAS & PENNY THOMAS
d/b/a M&T TRANSPORT,
BLUEGRASS TANK & EQUIPMENT, CO., INC.,
QUEENSBORO FARM PRODUCTS, INC.,

        Third-Party Defendant.
=========================================

**STIPULATION OF DISMISSAL**

Civ. Case No: 7:14-CV-232

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that the above entitled action be, and the same hereby is voluntarily dismissed, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice, and without costs to any party as against the other.

**DATED:**    December 19, 2016

                                    Seán A. Tomko, Esq.
                                    Bar Roll No: 105819
                                    **SANTACROSE & FRARY**
                                    Attorneys for Defendant/Third-Party Plaintiff
                                    *Agri-Mark, Inc.*
                                    Columbia Circle Office Park
                                    One Columbia Circle
                                    Albany, New York  12203
                                    Telephone: (518) 452-0802

DATED: ~~December~~ January 12, 2017

/s/ Dennis R. Rose
Dennis R. Rose, Esq.
Bar Roll No: 107140
**HAHN, LOESER & PARKS, LLP**
Attorneys for Plaintiff
Great Lakes Cheese of New York, Inc.
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150

DATED: ~~December~~ January 12, 2017

Joseph T. Perkins, Esq.
Bar Roll No: 506070
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
Attorneys for Third-Party Defendant
*Bernard Thomas & Penny Thomas d/b/a M&T Transport*
18 Corporate Woods Blvd., 3rd Floor
Albany, NY 12211
Telephone: (518) 449-8893

**SO ORDERED:**

**DATED:** _____

_____
Honorable Glenn T. Suddaby